McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-02326-LKK-EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| REAL PROPERTY LOCATED AT 22 NELSIER PLACE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 078-040-022, (FORMERLY APN: 036-291-074) INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

////

1        2.    Local Rule 83-171, Eastern District of California,
2   provides that the Court shall designate by order the appropriate
3   newspaper or other vehicle for publication;
4        3.    The defendant real property is located in the city of
5   Oroville, in Butte County, California;
6        4.    Plaintiff proposes that publication be made as follows:
7             a.    One publication;
8             b.    Thirty (30) consecutive days;
9             c.    On the official internet government forfeiture
10  site www.forfeiture.gov;
11            d.    The publication is to include the following:
12                  (1)   The Court and case number of the action;
13                  (2)   The date of posting of the real property;
14                  (3)   The identity and/or description of the real
15  property posted;
16                  (4)   The name and address of the attorney for the
17  Plaintiff;
18                  (5)   A statement that claims of persons entitled
19  to possession or claiming an interest pursuant to Supplemental
20  Rule G(5) must be filed with the Court and served on the attorney
21  for the Plaintiff no later than 60 days after the first day of
22  publication on the official internet government forfeiture site;
23  and
24                  (6)   A statement that answers to the Complaint or
25  a motion under Rule 12 of the Federal Rules of Civil Procedure
26  ("Fed. R. Civ. P.") must be filed and served within 20 days after
27  ///
28  ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Oct. 1, 2008          McGREGOR W. SCOTT
                             United States Attorney


                              /s/ Kristin S. Door
                             KRISTIN S. DOOR
                             Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: October 8, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3