UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JESS VERNON BRASIER, et al.,<br><br>      Defendants.<br>_____/ | No. CR. S-08-0453 LKK |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>EDMUND TIMOTHY JONES, et al.,<br><br>      Defendants.<br>_____/ | No. CR. S-08-518 GEB |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 57 NELSIER PLACE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 078-040-036, (FORMERLY APN: 036-291-079) INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>      Defendant.<br>_____/ | NO. CIV. S-08-2309 LKK/GGH<br><br>RELATED CASE ORDER |

1

```
 1  UNITED STATES OF AMERICA,
                                        No. CIV. S-08-2326 LKK/GGH
 2           Plaintiff,

 3       v.

 4  REAL PRPERTY LOCATED AT 22
    NELSIER PLACE, OROVILLE,
 5  CALIFORNIA, BUTTE COUNTY,
    APN: 078-040-022, (FORMERLY
 6  APN: 032-291-074) INCLUDING
    ALL APPURTENANCES AND
 7  IMPROVEMENTS THERETO,

 8           Defendant.
                                    /
 9
```

Examination of the above-entitled actions reveals that the actions are related within the meaning of Eastern District Local Rule 83-123(a)(1),(2),(3), and (4).  For the reasons set forth in the defendant's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effortand is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-08-518 GEB be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be

2

shown as CR. NO. S-08-518 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: January 23, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT