BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-02326 LKK/GGH |
| Plaintiff, | STIPULATION TO EXTEND STAY OF FURTHER PROCEEDINGS AND ORDER THEREON |
| v. | |
| REAL PROPERTY LOCATED AT 22 NELSIER PLACE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 078-040-022, (FORMERLY APN: 036-291-074) INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | DATE: N/A<br>TIME: N/A<br>COURTROOM: |

Plaintiff United States of America, claimant Rebecca Gayle Powell, and claimants/lienholder John and Yvonne Stanton, and claimant/judgment creditor Ford Motor Company, request that the stay entered in the case on June 26, 2009, be extended to March 1, 2010.  This request is based on the following:

  1.  The United States contends that the defendant real property was used to facilitate a violation of federal drug laws (cultivation of marijuana) and is therefore forfeitable to the United States.  The United States intends to depose Jess R.

Brasier (who has filed a claim in the related case, <u>U.S. v. 57 Nelsier Place</u>, 2:08-cv-0236 LKK-GGH), about the claim he filed in that case and the facts surrounding the cultivation of marijuana plants at 22 and 57 Nelsier Place.  Plaintiff also intends to depose Jess V. Brasier, the defendant in two pending criminal actions[1], <u>United States v. Jess Vernon Brasier and Dean Teskey</u>, 2:08-cr-0453 LKK, and <u>United States v. Jess Vernon Brasier, et al.</u>, 2:08-cr-518 LKK.

    Jess V. Brasier and Dean Teskey have pled guilty in the above criminal cases.  Teskey is currently scheduled to be sentenced on December 22, 2009.  Brasier is currently scheduled to be sentenced on January 20, 2010.  In his plea agreement, Brasier admitted that federal agents found over 230 marijuana plants growing at 57 Nelsier Place[2]; that over 90 marijuana plants were found growing at 22 Nelsier Place; and that over 70 marijuana plants were found growing at 2091 Debbi Ann Court.[3]  In addition he admitted that he "controlled all three of these properties" on the date of the search.

    If discovery proceeds before Brasier and Teskey are sentenced, they will, undoubtedly, invoke their Fifth Amendment rights against self-incrimination and the United States will be deprived of the ability to explore the factual basis for this

---

[1] At this point plaintiff believes Jess R. Brasier is the son of defendant Jess V. Brasier.

[2] This is the defendant property in <u>U.S. v. 57 Nelsier Place</u>, 2:08-cv-2309 LKK-GGH.

[3] The United States did not file a forfeiture action against this property.

forfeiture and to determine whether claimant Rebecca Gayle Powell had any knowledge of, or participation in, the criminal activity.

In addition, all claimants intend to depose law enforcement officers who were involved in the investigation that led to the search at the defendant property.  Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the investigation and possible prosecution of the related-criminal case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable.  The United States will be making a similar request in the related cases, (U.S. v. 2007 Yamaha Rhino, 2:09-cv-00684 LKK-GGH and U.S. v. 57 Nelsier Place, 2:08-cv-2309 LKK-GGH).  For these reasons, the parties request that this matter be stayed until March 1, 2010.  At that time the parties will advise the Court whether a further stay is necessary.

DATED: November 16, 2009        BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney


DATED: November 16, 2009        /s/ John H. Feiner
                                JOHN H. FEINER
                                Attorney for claimant
                                Rebecca Gayle Powell

1 | DATED: November 16, 2009          /s/ Frederick H. Schill
2 |                                   FREDERICK H. SCHILL
  |                                   Attorney for claimants
3 |                                   John and Yvonne Stanton

4 | DATED: November 16, 2009          NELSON & KENNARD

6 |                             By:   /s/ Robert S. Kennard
  |                                   ROBERT S. KENNARD
7 |                                   Attorneys for claimant
  |                                   Ford Motor Credit Company

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until March 1, 2010.  The parties will advise the court at least 10 days prior to March 1, 2010, whether a further stay is necessary.

IT IS SO ORDERED.

Dated: November 17, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4   STIPULATION TO EXTEND STAY OF
    FURTHER PROCEEDINGS AND ORDER
    THEREON (PROPOSED)