UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 22 NELSIER PLACE, ORIVILLE, CALIFORNIA, BUTTE COUNTY, APN: 078-040-022, (FORMERLY APN: 036-291-074) INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendants.<br>_____/ | NO. CIV. S-08-2326 LKK/GGH<br><br><br><br><br><br>O R D E R |

On March 31, 2010, the court issued an order setting a status (pretrial scheduling) conference for May 17, 2010. Counsel for claimant Rebecca Gale Powell did not appear for the scheduling conference.

Accordingly, the court orders that counsel for claimant Rebecca Gale Powell is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order why sanctions

1

of $150 should not issue in the above-captioned case, as permitted by Local Rule 110.

IT IS SO ORDERED.

DATED: May 27, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT