```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-cv-02326 LKK/GGH |
|---|---|
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE AND ORDER |
| v. | ) CERTIFICATE OF |
| | ) REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 22 NELSIER PLACE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 078-040-022, (FORMERLY APN: 036-291-074) INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| | ) DATE: N/A |
| Defendant. | ) TIME: N/A |
| | ) COURTROOM: N/A |

Plaintiff United States of America, and claimant Rebecca Gayle Powell, and claimants/lienholders John and Yvonne Stanton, and claimant/judgment creditor Ford Motor Company, appearing through undersigned counsel, hereby agree and stipulate as follows:

   1.   The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

   2.   The parties are to bear their own costs and attorney

1 fees.

2     3.   There was probable cause for the posting of the
3 defendant real property, and for the commencement and prosecution
4 of this forfeiture action, and the Court may enter a Certificate
5 of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7 DATED: June 1, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

9                              By:   /s/ Kristin S. Door
                                     KRISTIN S. DOOR
10                                   Assistant U.S. Attorney

12 DATED: June 21, 2010.              /s/ John H. Feiner
                                     JOHN H. FEINER
                                     Attorney for claimant
13                                   Rebecca Gayle Powell

15 DATED: 6/4/2010                    /s/ Frederick H. Schill
                                     FREDERICK H. SCHILL
                                     Attorney for claimants
16                                   John and Yvonne Stanton

18 DATED: 6/1/10                     NELSON & KENNARD

19                             By:   /s/ Robert S. Kennard
                                     ROBERT S. KENNARD
20                                   Attorneys for claimant
                                     Ford Motor Credit Company

22                                   (Original signatures retained by
                                     Attorney)

23 IT IS SO ORDERED.

25 Dated: June 22, 2010

                                     _____
26                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
27                                   UNITED STATES DISTRICT COURT

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed October 1, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: June 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT